IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY L. NEVELS,

        Plaintiff,                    No. CIV S-03-1590 MCE EFB P

    vs.

CHERYL PLILER, et al.,

        Defendants.            ORDER

_____/

       On July 18, 2006, a different magistrate judge directed plaintiff either to file an opposition to defendants' motion for summary judgment or to file a statement of no opposition. *See* L. R. 78-230(m). On July 21, 2006, plaintiff filed a paper stating that he does not understand the motion for summary judgment and so he cannot file an opposition.

       Plaintiff adequately responded to the July 18, 2006, order.

       Accordingly, it is ORDERED that the July 18, 2006, order to show cause is vacated.

Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\neve1590.vac osc